# EXHIBIT 1



COPY



DEC 0 1 2017

MICHAEL K. JEANES, CLERK
J. FIERRO
DEPUTY CLERK

1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona 85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

6
                        **Superior Court of Arizona**
7                          **Maricopa County**

8  Kennelle Clark,              )   Case No.:
                                )
9          Plaintiff,           )   Complaint  CV 2017-015191
                                )
10    vs.                       )   (Contract-Breach of Contract and
                                )   Underinsured Motorist Coverage)
11 CSAA General Insurance Company)
   aka AAA Insurance Arizona,   )
12                              )
           Defendant.           )
13

14         Plaintiff Kennelle Clark alleges:

                              I.
15
       Plaintiff is a resident of Maricopa County, Arizona.
16
                             II.
17
       CSAA General Insurance Company aka AAA Insurance Arizona (CSAA) is a
18
   property and casualty insurer that does business in Maricopa County, Arizona.
19

                                                              3465-002

1 |                                    III.

2 | The amount sought exceeds the jurisdictional limits of this court.

3 |                                    IV.

4 | Jurisdiction and venue are proper.

5 |                              **COUNT ONE**

6 |                    **(Underinsured Motorist Benefits)**

7 |                                    V.

8 | CSAA sold a AAA Select automobile insurance policy to Plaintiff, policy

9 | number AZSS – 202253177. The policy had an effective policy period from July 24,

10 | 2014 to July 24, 2015. The policy provided underinsured motorist coverage in the

11 | amount of $100,000.00. All premiums were timely paid.  Coverage was in effect at

12 | all relevant times.

13 |                                    VI.

14 | On May 1, 2015, while the CSAA policy was in effect, Plaintiff was driving

15 | northbound on Rural Road towards Guadalupe Road when a vehicle negligently

16 | entered Plaintiff's lane of traffic resulting in a severe crash. The at-fault driver was

17 | Vanessa Richards. As a result of the crash, Plaintiff suffered serious fractures of

18 | his radius and ulna and other injuries. Both fractures required complicated

19 | surgical repair with hardware placement.

20 |

3465-002

VII.

Since surgery, Plaintiff has had a long course of rehabilitation and therapy. Plaintiff is left with permanent injury, pain, nerve damage, loss of function and scarring. Plaintiff has incurred significant lost earnings and medical bills. Plaintiff will need treatment in the future.

VIII.

The amount of Plaintiff's injuries and damages exceeds $200,000.

IX.

The at-fault driver only had $100,000 in liability insurance.

X.

The at-fault driver's insurer paid Plaintiff its liability limits.

XI.

The at-fault driver was underinsured as defined by CSAA's policy.

XII.

Plaintiff timely requested that CSAA pay him his $100,000 in underinsured motorist coverage to help compensate him for his injuries and damages.

XIII.

CSAA rejected Plaintiff's request for his underinsured motorist coverage benefits.

3465-002

1                       XIV.

2     CSAA refused to offer any money.

3                       XV.

4       Pursuant to the CSAA policy, Plaintiff timely requested arbitration on

5 September 25, 2017.

6                       XVI.

7       Plaintiff requested CSAA name its arbitrator within 30 days of the request

8 for arbitration as the CSAA policy requires.

9                       XVII.

10      Plaintiff timely named his arbitrator within the required 30 days.

11                     XVIII.

12      CSAA did not name an arbitrator in violation of the policy terms.

13                       XIX.

14       Plaintiff now seeks to recover his CSAA underinsured motorist coverage

15 benefits with this Complaint.

16                       XX.

17       Plaintiff seeks to recover the benefits promised in the CSAA insurance

18 contract for all personal injury damages he is entitled to recover due to the at-fault

19 underinsured motorist's wrongful conduct, including damages for pain, discomfort,

20 suffering, disability, disfigurement, anxiety, medical expenses, lost earnings

1  capacity, and loss of enjoyment of life already experienced and likely to be

2  experienced in the future.

3  XXI.

4  Because this action arises out of a contract, Plaintiff is entitled to recover his

5  attorneys' fees pursuant to A.R.S. § 12-341.01.

6  **COUNT TWO**

7  **(Breach of Contract)**

8  XXII.

9  Plaintiff re-alleges paragraphs I -- XXI as set forth above.

10  XXIII.

11  CSAA's policy contains a provision for arbitration of disputes between CSAA

12  and insureds seeking underinsured motorist coverage. To trigger arbitration, CSAA

13  or the insured must make a written demand for arbitration within three years.

14  XXIV.

15  Pursuant to the CSAA policy, if a written demand for arbitration is made,

16  then the insured and CSAA must name an arbitrator within thirty days.

17  XXV.

18  Plaintiff timely complied with CSAA's arbitration provisions.

19

20  / / /

3465-002

## XXVI.

CSAA breached its contract by not complying with its requirements to name an arbitrator.

## XXVII.

CSAA's breach has wrongfully prevented Plaintiff from recovering the benefits of the CSAA contract.

## XXVIII.

CSAA's breach of the contract of insurance with Plaintiff has caused and continues to cause Plaintiff damages, the full extent of which will be proven at trial.

## XXIX.

Through the above described and referenced conduct, CSAA has also breached the implied covenant of good faith and fair dealing that it owed to Plaintiff; said breach has caused and continues to cause Plaintiff damages, the full extent of which will be proven at trial.

## XXX.

CSAA has breached its duty and fallen below the applicable standards of professionalism and care that run from insurer to insured.

## XXXI.

Because this action arises out of a contract, Plaintiff is entitled to recover his attorneys' fees pursuant to A.R.S. § 12-341.01.

3465-002

1    Wherefore, Plaintiff prays for judgment against CSAA as follows:

2    1.    For general damages as alleged;

3    2.    For special damages as alleged;

4    3.    For attorneys' fees and costs incurred and accruing, pursuant to A.R.S.

5          §12-341.01 *et seq.*; and

6    4.    For such other relief the Court may deem just.

7          Dated this 1st day of December, 2017.

8                                    Harris Powers & Cunningham

9

10                                   By
                                       Frank I. Powers
11                                     Jonathan M. Carlson
                                       Attorneys for Plaintiff
12   Original of the foregoing filed
     with the Court
13

14

15

16

17

18

19

20

3465-002



RECEIVED

DEC 18 2017

By_____

1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona 85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

6

                    Superior Court of Arizona
7
                       Maricopa County
8
   Kennelle Clark,                )   Case No.: CV2017-015191
9                                  )
              Plaintiff,           )
10                                 )   **Notice of Lawsuit and Request for**
        vs.                        )   **Acceptance of Service of Summons**
11                                 )
   CSAA General Insurance Company  )   (Assigned to the Hon. Kerstin LeMaire)
12 aka AAA Insurance Arizona,      )
                                   )
13            Defendant.           )

14 TO:   **CSAA General Insurance Company**

15       A lawsuit has been commenced against you (**CSAA General Insurance
   Company**). Copies of the following documents are attached:
16
             a.    Complaint
17           b.    Summons
             c.    Certificate of Compulsory Arbitration
18           d.    Jury Demand
             e.    Offer of Judgment
19           f.    Notice of Deposition of Keith Moore

                                                              3465-002

1    g.    Uniform Interrogatories to CSAA General Insurance Company
           aka AAA Insurance Arizona

2    h.    Request for Production of Documents to CSAA General Insurance
           Company aka AAA Insurance Arizona

3    i.    Requests for Admission to CSAA General Insurance Company
           aka AAA Insurance Arizona

4

5    The complaint has been filed in the Superior Court for the State of Arizona,
     in Maricopa County and has been assigned case number CV2017-015191.

6    This is a request that you sign and return the enclosed Acceptance of Service
     in order to save the cost of serving you with a judicial summons and an additional

7    copy of the complaint. The cost of service will be avoided if a signed copy of the
     Acceptance of Service is received in this office within 30 days after the date
     designated below.

8    If you comply with this request and return the signed Acceptance of Service,
     the acceptance will be filed with the Court. The action will then proceed as if you

9    had been served on the date the acceptance is filed. You will then be required to
     answer or otherwise respond to the complaint within 30 days from the date

10   designated below.

11   If you do not return the signed acceptance within the time indicated,
     appropriate steps will be taken to effect formal service authorized by the Arizona
     Rules of Civil Procedure. To the extent authorized by those Rules, payment for

12   costs of service will be sought from the Court by this office. Please read the
     statement concerning the duty of parties to avoid unnecessary costs of such service

13   set forth in the Acceptance of Service of Summons.

14   Notice and Request sent this __15th__ day of December, 2017.

15                                  Harris, Powers & Cunningham

16
                                    By
17                                     Frank I. Powers
                                       Jonathan M. Carlson
18                                     Attorneys for Plaintiff

19

20

                                    -2-

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4.1 and Rule 4.2 of the Arizona Rules of Civil Procedure require certain parties to cooperate in saving unnecessary costs of service of the summons and a pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

3465-002



1    Frank I. Powers (#013369)
     Jonathan M. Carlson (#032142)
2    Harris Powers & Cunningham
     361 East Coronado, Suite 101
3    Phoenix, Arizona 85004-1525
     Telephone 602-271-9344
4    Fax 602-252-2099
     hpc@hpclawyers.com
5    Attorneys for Plaintiff

6
                        Superior Court of Arizona
·7
                          Maricopa County
8
     Kennelle Clark,              )    Case No.: CV2017-015191
9                                 )
              Plaintiff,          )
10                                )    Acceptance of Service of Summons
          vs.                     )
11                                )
     CSAA General Insurance Company )
12   aka AAA Insurance Arizona,   )
                                  )    (Assigned to the Hon. Kerstin LeMaire)
13            Defendant.          )

14   TO:  CSAA General Insurance Company

15        This acknowledges receipt of your request to accept service of a summons in
     this action identified above, which is case number CV2017-015191 in the Superior
16   Court of the State of Arizona in Maricopa County.  Copies of the following
     documents have been received:
17
               a.    Complaint
18             b.    Summons
               c.    Certificate of Compulsory Arbitration
19             d.    Jury Demand

                                                                        3465-002

1    e. Offer of Judgment
    f. Notice of Deposition of Keith Moore
2    g. Uniform Interrogatories to CSAA General Insurance Company
      aka AAA Insurance Arizona
3    h. Request for Production of Documents to CSAA General Insurance
      Company aka AAA Insurance Arizona
4    i. Requests for Admission to CSAA General Insurance Company
      aka AAA Insurance Arizona

5

6    It is agreed that to save the cost of service of the summons and the documents identified above, that it will not be necessary for *CSAA General Insurance Company* to be served with judicial process in the manner provided by
7 the Arizona Rules of Civil Procedure.

8    On behalf of *CSAA General Insurance Company*, we retain all defenses or objections to this lawsuit or to the jurisdiction or venue of the court except for
9 objections based on a defect in the summons or in the service of the summons.

10    It is understood that a judgment may be entered against *CSAA General Insurance Company,* if an answer or motion under Rule 12 is not served on plaintiff
11 within 30 days after the Request for Acceptance of Service of Summons was sent.

12   Dated this __4th__ day of ~~December~~, ~~2017.~~ January 2018

13          Holloway Odegard & Kelly, PC

14

15        By _____
          for Peter C. Kelly II
16          Attorneys for CSAA General
          Insurance Company

17

18

19

20

3465-002

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4.1 and Rule 4.2 of the Arizona Rules of Civil Procedure require certain parties to cooperate in saving unnecessary costs of service of the summons and a pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

3465-002



RECEIVED
DEC 18 2017
By_____

1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona 85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

6
                    **Superior Court of Arizona**
7                       **Maricopa County**

8  Kennelle Clark,                    )   Case No.: CV 2017-015191
                                      )
9              Plaintiff,             )
                                      )
                                      )   **Summons**
10      vs.                           )   If you would like legal advice from a lawyer,
                                      )   contact the Lawyer Referral Service at
11 CSAA General Insurance Company     )   602-257-4434
   aka AAA Insurance Arizona,         )   or
                                      )   www.maricopalawyers.org
12             Defendant.             )   Sponsored by the
                                      )   Maricopa County Bar Association
13

14 ┌─────────────────────────────────────────────────────────────────────┐
   │ **WARNING:** This is an official document from the court that affects your rights. │
   │ Read this carefully.  If you do not understand it, contact a lawyer for help.     │
15 └─────────────────────────────────────────────────────────────────────┘

16 STATE OF ARIZONA TO:      **CSAA General Insurance Company**
                            **aka AAA Insurance Arizona**
17                          **c/o Statutory Agent CT Corporation**
                            **3800 North Central Avenue, Suite 460**
18                          **Phoenix, AZ 85012**

19 1.    A lawsuit has been filed against you.  A copy of the lawsuit and other court
   papers are served on you with this *"Summons."*

                                                                      3465-002

2.    If you do not want a judgment or order taken against you without your input, you must file an "Answer" or a "Response" in writing with the court, and pay the filing fee. If you do not file an "Answer" or "Response" the other party may be given the relief requested in his/her Petition or Complaint.   To file your "Answer" or "Response" take, or send, the "Answer" or "Response" to:

- Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205   OR
- Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032   OR
- Office of the Clerk of Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201   OR
- Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

Mail a copy of your "Answer " or "Response" to the other party at the address listed on the top of this Summons.

3.    If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your "Answer" or "Response" must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete THIRTY (30) CALENDAR DAYS after the date of the first publication.   When service is made upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in the State of Arizona, your "Answer" or "Response" must be filed within FORTY (40) CALENDAR DAYS from the date served upon the Director. Service upon the Arizona Motor Vehicle Superintendent is complete THIRTY (30) CALENDAR DAYS after filing the Affidavit of Compliance and return receipt of Officer's Return.  RCP 4; A.R.S. §§ 20-222, 28-5102 and 28-5103.

4.    You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, or from the Clerk of the Superior Court's Customer Service Center at:

3465-002

- 601 West Jackson, Phoenix, Arizona 85003   OR
- 222 East Javelina Drive, Mesa, Arizona 85210

5.    Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case by the party needing accommodation or his/her counsel at least three (3) working days in advance of a scheduled proceeding.

6.    Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) working days in advance of a scheduled court proceeding.

SIGNED AND SEALED this date: _____

Clerk

**COPY**

By:_____

Deputy Clerk DEC 0 1 2017

MICHAEL K. JEANES, CLERK
J. FIERRO
DEPUTY CLERK

COURT
SEAL

-3-

3465-002

1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona  85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

**COPY**

DEC 0 1 2017

MICHAEL K. JEANES, CLERK
J. FIERRO
DEPUTY CLERK

6            **Superior Court of Arizona**
                 **Maricopa County**

7  Kennelle Clark,                    )   Case No.: CV 2017-015191
                                      )
8              Plaintiff,             )
                                      )   **Certificate of Compulsory**
9                                     )   **Arbitration**
       vs.                            )
10                                    )
   CSAA General Insurance Company     )
11  aka AAA Insurance Arizona,        )
                                      )
12             Defendant.             )

13      The undersigned certifies this case is NOT subject to compulsory arbitration.

14      Dated this 1st day of December, 2017.

15                                Harris Powers & Cunningham

16                                By
                                    Frank I. Powers
17                                  Jonathan M. Carlson
                                    Attorneys for Plaintiff
18  Original of the foregoing filed
    with the court
19

3465-002

1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona  85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

**COPY**

DEC 0 1. 2017

MICHAEL K. JEANES, CLERK
J. FIERRO
DEPUTY CLERK

6              **Superior Court of Arizona**
                  **Maricopa County**
7
   Kennelle Clark,                  )    Case No. CV 2017-015191
8                                    )
              Plaintiff,            )    **Jury Demand**
9                                    )
        vs.                          )
10                                   )
   CSAA General Insurance Company    )
11  aka AAA Insurance Arizona,       )
                                     )
12           Defendant.              )

13       Plaintiff demands a jury trial on all issues.

14       Dated this 1st day of December, 2017.

15                          Harris Powers & Cunningham

16                          By
17                            Frank I. Powers
                             Jonathan M. Carlson
                             Attorneys for Plaintiff
18  Original of the foregoing filed
    with the court
19

                                                    3465-002



1  Frank I. Powers (#013369)
   Jonathan M. Carlson (#032142)
2  Harris Powers & Cunningham
   361 East Coronado, Suite 101
3  Phoenix, Arizona  85004-1525
   Telephone 602-271-9344
4  Fax 602-252-2099
   hpc@hpclawyers.com
5  Attorneys for Plaintiff

6
                    **Superior Court of Arizona**
7                      **Maricopa County**

8  Kennelle Clark,              )   Case No.: CV2017-015191
                                )
9          Plaintiff,           )
                                )   **Notice of Deposition of Keith Moore**
10     vs.                      )
                                )
11 CSAA General Insurance Company )   (Assigned to the Hon. Kerstin
   aka AAA Insurance Arizona,   )   LeMaire)
12                              )
          Defendant.            )
13

14     YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Ariz. R.

15 Civ. P., a deposition will be taken upon oral examination and by stenographic

16 means of the person whose name is stated below at the time and place stated below

17 before an officer authorized by law to administer oaths.

18     PERSON TO BE EXAMINED:          **Keith Moore**

19     DATE AND TIME OF DEPOSITION:    **Thursday, March 8, 2018
                                       at 10:00 AM**

3465-002

PLACE OF DEPOSITION:          Harris, Powers & Cunningham, PLLC
                              361 East Coronado Road, Suite 101
                              Phoenix, AZ 85004

Dated this 15th day of December, 2017.

                              Harris Powers & Cunningham

                              By _____
                                 Frank I. Powers
                                 Jonathan M. Carlson
                                 Attorneys for Plaintiff

Original served with the Complaint; and
copy emailed this 15th day of December,
2017, to:

BBS Reporting, LLC
office@bbsreporting.com

By: _____

-2-

3465·002

RECEIVED

DEC 1 8 2017

By_____

1 | Frank I. Powers (#013369)
Jonathan M. Carlson (#032142)
2 | Harris Powers & Cunningham
361 East Coronado, Suite 101
3 | Phoenix, Arizona 85004-1525
Telephone 602-271-9344
4 | Fax 602-252-2099
hpc@hpclawyers.com
5 | Attorneys for Plaintiff

6 |

7 |                     **Superior Court of Arizona**

8 |                         **Maricopa County**

| Kennelle Clark, | ) | Case No.: CV2017-015191 |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Offer of Judgment** |
| vs. | ) | |
| | ) | (Assigned to the Hon. Kerstin |
| CSAA General Insurance Company | ) | LeMaire) |
| aka AAA Insurance Arizona, | ) | |
| | ) | |
| Defendant. | ) | |

        Pursuant to ARCP, Rule 68, Plaintiff Kennelle Clark offers to allow judgment

to be entered in his favor and against Defendant CSAA General Insurance Company

aka AAA Insurance Arizona in the amount of $100,000.00.  This offer is inclusive of

/ / /

3465-002

1    all damages, taxable court costs, interest, and attorneys' fees, if any, are sought in

2    this action.

3         Dated this __15th__ day of December, 2017.

4                                         Harris Powers & Cunningham

5                                    By_____

6                                       Frank I. Powers
                                        Jonathan M. Carlson
7                                       Attorneys for Plaintiff

8    Original of the foregoing served with
     the Complaint
9
     By:_____
10

11

12

13

14

15

16

17

18

19

20

-2-                                                              3465-002