Frank I. Powers (#013369)
Jonathan M. Carlson (#032142)
Harris Powers & Cunningham
361 East Coronado, Suite 101
Phoenix, Arizona  85004-1525
Telephone 602-271-9344
Fax 602-252-2099
hpc@hpclawyers.com
Attorneys for Plaintiff

**In the United States District Court**

**for the District of Arizona**

| | |
|---|---|
| Kennelle Clark, | Case No.: CV-18-00146-PHX-SRB |
| Plaintiff, | |
| vs. | **Notice of Settlement** |
| CSAA General Insurance Company aka AAA Insurance Arizona; AAA Arizona, Inc., | (Judge Susan R. Bolton) |
| Defendants. | |

Pursuant to LRCiv 40.2(d), Plaintiff gives notice that this matter has been settled.  The parties will file a stipulation to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) once the settlement is finalized.

/ / /

/ / /

3465-002

1 | Dated this 22nd day of February, 2018.

2 |            Harris Powers & Cunningham

3

           By _s/ Frank I. Powers_
4 |              Frank I. Powers
             Jonathan M. Carlson
5 |              Attorneys for Plaintiff

Certificate of Service

I certify that on this 22nd day of February, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF attorneys:

Peter C. Kelly, II (pkelly@hoklaw.com)
Dee R. Giles (dgiles@hoklaw.com)
Holloway Odegard & Kelly, PC
3020 East Camelback Road, Suite 201
Phoenix, AZ 85016
Attorneys for CSAA General Ins. Co.

 *s/ Mary S.M. Blas*
_____

3465-002