# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kennelle Clark,<br><br>          Plaintiff,<br><br>v.<br><br>CSAA General Insurance Company, et al.,<br><br>          Defendants. | No. CV-18-00146-PHX-SRB<br><br>**ORDER** |

Plaintiff having filed a Notice of Settlement (Doc. 21);

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the Rule 16 Conference set on March 5, 2018.

IT IS FURTHER ORDERED denying all pending motions as moot.

Dated this 23rd day of February, 2018.

Susan R. Bolton
United States District Judge