# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kennelle Clark,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CSAA General Insurance Company aka AAA Insurance Arizona,<br><br>　　　　Defendants. | Case No: CV18-00146-PHX-SRB<br><br>**ORDER** |

The parties having stipulated thereto and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 6th day of March, 2018.

_____
Susan R. Bolton
United States District Judge